# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO LEYVA,<br><br>        Petitioner,<br><br>        v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 15-00534 CBM (RAO)<br><br>JUDGMENT |

    Having reviewed the Petition and supporting papers, and having accepted the magistrate judge's report and recommendation,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATE: August 12, 2015

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE